IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN IBAN GONZALEZ,<br><br>    Defendant. | CASE NO. 1:21-CR-00108-NONE<br><br>ORDER UNSEALING INDICTMENT |

The United States having applied to seal the indictment and arrest warrant in the above-captioned proceedings and having applied for the indictment and warrant to remain under seal, and the need for sealing now having ceased;

IT IS ORDERED that the indictment and arrest warrant filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated: __**April 30, 2021**__          /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

Order Unsealing Indictment and Arrest Warrant

1