HEATHER E. WILLIAMS, CA Bar 122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare St, Ste. 330
Fresno, CA  93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHRISTIAN GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00108-JLT-SKO |
| *Plaintiff*, | |
| v. | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |
| CHRISTIAN GONZALEZ, | |
| *Defendant*. | |

Matthew Lemke, Assistant Federal Defender, and counsel of record in the above-captioned case, hereby moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent defendant Christian Gonzalez.  As grounds, he states:

1. The Office of the Federal Defender was appointed to represent Mr. Gonzalez on April 30, 2021, at his initial appearance.  ECF No. 6.

2. Undersigned counsel formally entered a Notice of Appearance in the case on May 6, 2021.  ECF No.12.  At the time of appointment, the undersigned was an Assistant Federal Defender with the Office of the Federal Defender in Fresno.

3. Undersigned counsel has submitted notice of his resignation to the Office of the Federal Defender and anticipates transitioning away from active case work on or about Friday, January 28, 2022.

4. Mr. Gonzalez's matter will not resolve prior to counsel's departure from the Office of the Federal Defender. As such, Mr. Gonzalez needs new appointed counsel to represent him.

5. The Office of the Federal Defender has contacted CJA panel attorney Galatea Delapp, who is available and willing to accept the appointment.

6. Accordingly, the undersigned requests that he be permitted to withdraw from the case, and that new counsel, Galatea Delapp be appointed to represent Mr. Gonzalez.

Respectfully submitted,

DATED: January 26, 2022

*/s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Christian Gonzalez

Gonzalez, C.: Motion to Withdraw

**ORDER**

IT IS SO ORDERED that the Office of the Federal Defender may withdraw from its representation of CHRISTIAN GONZALEZ, and that CJA panel counsel Galatea Delapp shall be appointed.

IT IS SO ORDERED.

Dated:   **January 26, 2022**

UNITED STATES MAGISTRATE JUDGE