PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN IBAN GONZALEZ,<br><br>Defendant. | CASE NO. 1:21-CR-00108-JLT-SKO<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA AND ORDER THEREON<br><br>Court: Hon. Jennifer L Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on November 20, 2023, at 1:00 p.m.

2. By this stipulation, defendant now moves to continue the **change of plea hearing until February 12, 2024, at 10:00 a.m.** before the Hon. Jennifer L. Thurston. The proposed change of plea date represents the earliest date that defense counsel believes defendant will be ready for the change of plea hearing. Defense counsel was recently hospitalized and was unable to work for a period of about 6 weeks. The extra time is needed to work with defense's expert medical consultant, review the plea agreement, and conduct independent investigation. Defense counsel previously tried to hire an expert witness but was unsuccessful and is now in the process of hiring another expert witness. That witnesses' review of the evidence is necessary for sentencing and must be completed before the defendant makes a determination on changing his plea. The change of plea hearing is the earliest date defense can be ready

and is the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Discovery associated with this case includes investigative reports, photographs, videos, social media account evidence, cell phone extractions, and other information. All this discovery has been either produced directly to counsel and/or made available for inspection and copying..

    b) Counsel for the defendants believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c) The government does not object to the continuance.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 20, 2023 to January 8, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

///

STIPULATION TO CONTINUE      2

1   IT IS SO STIPULATED.

2  Dated: November 7, 2023                    PHILLIP A. TALBERT
                                              United States Attorney

4                                       By:   /s/ JUSTIN J. GILIO
                                              JUSTIN J. GILIO
                                              Assistant United States Attorney

7  Dated: November 7, 2023                    /s/ *Galatea DeLapp*
                                              Attorney for Defendant Christian Iban Gonzalez

**O R D E R**

IT IS SO ORDERED.

   Dated:   **November 13, 2023**                _____
                                                 UNITED STATES DISTRICT JUDGE