PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN IBAN GONZALEZ,<br><br>    Defendant. | CASE NO. 1:21-CR-00108-JLT-SKO<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA AND ORDER THEREON<br><br>Court: Hon. Jennifer L Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on April 22, 2024, at 9:00 a.m.

2. By this stipulation, defendant now moves to continue the **change of plea hearing until July 29, 2024, at 9:00 a.m.** before the Hon. Jennifer L. Thurston. The proposed change of plea date represents the earliest date that defense counsel believes defendant will be ready for the change of plea hearing.

3. As outlined in a prior stipulation, defense counsel had spent the past several weeks procuring an expert medical consultant to assist in preparing for sentencing. An expert that defense was

in the process of hiring was no longer available for consultation.  The defense identified a new expert, and a conflict check by the expert had to be resolved.  Counsel is now in the process of sending discovery to the expert.  The expert witnesses' review of the evidence is necessary for sentencing and must be completed before the defendant makes a determination on changing his plea.  The change of plea hearing is the earliest date defense can be ready and is the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

4. The parties agree and stipulate, and request that the Court find the following:

   a) Discovery associated with this case includes investigative reports, photographs, videos, social media account evidence, cell phone extractions, and other information.  All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c) The government does not object to the continuance.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 22, 2024 to July 29, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the

public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 17, 2024                                   PHILLIP A. TALBERT
                                                         United States Attorney

                                                     By: /s/ JUSTIN J. GILIO
                                                         JUSTIN J. GILIO
                                                         Assistant United States Attorney

Dated: April 17, 2024                                    /s/ *Galatea DeLapp*
                                                         Attorney for Defendant Christian Iban Gonzalez

**O R D E R**

IT IS SO ORDERED.

   Dated:   **April 18, 2024**                           UNITED STATES DISTRICT JUDGE